IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE PORTER,

    Plaintiff,

v.

FLOWVENT,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-277-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

_____     5/9/12
Peter Oppeneer, Clerk of Court           Date